ALEX G. TSE (CABN 152348)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

JONATHAN U. LEE (CABN 148792)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6844
    FAX: (415) 436-7027
    Jonathan.Lee@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 18-00282 HSG |
| Plaintiff, | STIPULATION AND ORDER EXCLUDING SPEEDY TRIAL TIME FROM AUGUST 20, 2018 TO AUGUST 27, 2018 |
| v. | |
| MILTON MENDOZA, | |
| Defendant. | |

STIPULATION AND ORDER
CR 18-00282 HSG

The parties, through their counsel of record, stipulate as follows:

1. The defendant, Milton Mendoza, represented by Jerome Mathews standing in for his attorney Joyce Leavitt, and the government, represented by Jonathan Lee, appeared before the Court on August 20, 2018 for a second, further status conference.

2. Counsel for Defendant requested a further conference on August 27, 2018 at which time Defendant will advise the Court whether a motion to dismiss will be filed and the Court will set any briefing schedule needed.

3. The parties agree that because the defense team requires additional time to complete necessary research and investigation into the possible motion, the parties agree that time should be excluded under the Speedy Trial Act between August 20, 2018 and August 27, 2018.

IT IS SO STIPULATED.

Dated: August 21, 2018

/s/
JOYCE LEAVITT
Assistant Public Defender
Attorney for MILTON MENDOZA

Dated: August 21, 2018

/s/
JONATHAN U. LEE
Assistant United States Attorney
Attorney for the United States

**ORDER**

Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time between August 20, 2018 and August 27, 2018 would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between

August 20, 2018 and August 27, 2018 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, IT IS HEREBY ORDERED that the time between August 20, 2018 and August 27, 2018 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED: August 21, 2018

*Haywood S. Gilliam Jr.*
HONORABLE HAYWOOD S. GILLIAM, JR.
United States District Judge