UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>        Plaintiff,<br><br>   v.<br><br>MENDOZA,<br><br>        Defendant. | Case No. 18-cr-00282-HSG-1<br><br>**ORDER DENYING DEFENDANT'S MOTION FOR RE-RECONSIDERATION**<br><br>Re: Dkt. No. 77 |

On January 24, 2019, the Court granted Defendant Milton Mendoza's motion to dismiss, based on the Supreme Court's decision in *Pereira v. Sessions*, 138 S. Ct. 2105 (2018). Dkt. No. 46. The Ninth Circuit then decided *Karingithi v. Whitaker*, 913 F.3d 1158 (9th Cir. 2019), and the government moved the Court to reconsider its ruling. *See* Dkt. Nos. 47, 51. Because the Court found that *Karingithi* foreclosed the basis of its earlier order, the Court granted the government's motion and denied Defendant's motion to dismiss. Dkt. No. 64. Now, Defendant moves the Court to reconsider its order denying the motion to dismiss. Dkt. No. 77.

The Court **DENIES** Defendant's motion for re-reconsideration. The Court has carefully reviewed Defendant's motion and sees no controlling change in law that merits reconsideration. This Court already considered, and declined to follow, the reasoning of courts in this district that agreed with Defendant's argument, and there is no controlling authority on point. Ultimately, the Ninth Circuit (and perhaps the Supreme Court) will have to decide whether *Pereira* or any other authority compels the sweeping jurisdictional conclusion Defendant urges here.

**IT IS SO ORDERED.**

Dated: 8/19/2019

HAYWOOD S. GILLIAM, JR.
United States District Judge